## Old Colony Trust & Savings Bank, Appellant, v. Louise Hirtsel, Appellee.

### Gen. No. 22,681.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN A. MAHONEY, Judge, presiding. Heard in this court at the October term, 1916. Reversed and remanded with directions. Opinion filed March 12, 1917.

### Statement of the Case.

Action by the Old Colony Trust & Savings Bank, a corporation, plaintiff, against Louise Hirtsel, defendant, to recover $531.80 upon a written guaranty of payment upon a promissory note. From denial of a motion to enter a nonsuit and judgment for defendant, plaintiff appeals.

LAWTON & PETERSON, for appellant.

EDWARD H. TAYLOR, for appellee.

MR. JUSTICE DEVER delivered the opinion of the court.

### Abstract of the Decision.

1. DISMISSAL, NONSUIT AND DISCONTINUANCE, § 15*—*when plaintiff entitled to nonsuit.* A plaintiff is entitled to a nonsuit, on motion timely made, in a trial before a court without a jury.

2. DISMISSAL, NONSUIT AND DISCONTINUANCE, § 15*—*when denial of nonsuit is reversible error.* Where a nonsuit was asked pending cross-examination of the defendant and prior to announcement by the court that "judgment will be in favor of the defendant," upon which the motion for nonsuit was denied and judgment for the defendant entered, *held* that the judgment should be reversed and cause remanded with directions to enter nonsuit.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.